**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

TINA W.,

                                              Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,          No. 5:21-CV-523
                                                                         (CFH)

                                              Defendant.

_____

**APPEARANCES:**                              **OF COUNSEL:**

Law Offices of Kenneth Hiller, PLLC        JUSTIN M. GOLDSTEIN, ESQ.
6000 North Bailey Avenue – Suite 1A       KENNETH R. HILLER, ESQ.
Amherst, New York 14226
Attorneys for plaintiff

Social Security Administration               CHRISTOPHER LEWIS POTTER, ESQ.
J.F.K. Federal Building,
15 New Sudbury Street, Rm. 625
Boston, Massachusetts 02203
Attorney for defendant

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

## ORDER

      Presently before the Court in this action, in which plaintiff seeks judicial review of an adverse administrative determination by the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g), are cross-motions for judgment on the pleadings.[1]  Oral

---

[1] This matter, which is before me on consent of the parties, pursuant to 28 U.S.C. § 636(c), has been treated in accordance with the procedures set forth in General Order No. 18.  See Dkt. No. 5.  Under that General Order, once issue has been joined, an action such as this is considered procedurally as if cross-motions for judgment on the pleadings had been filed pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

argument was conducted on these motions in a telephone conference held on June 7, 2022. The transcript of that proceeding is attached to this Order and incorporated herein by reference.

At the close of argument, I issued a bench decision in which, after applying the deferential standard of review, I found that the Commissioner's determination resulted from the application of proper legal standards and was supported by substantial evidence. In my bench decision, I provided further detail regarding my reasoning and addressed each of the issues raised by plaintiff on appeal.

After due deliberation, and based on the Court's oral bench decision, it is hereby

**ORDERED** that:

1. Defendant's motion for judgment on the pleadings (Dkt. No. 14) is **GRANTED**;

2. Plaintiff's motion for judgment on the pleadings (Dkt. No. 11) is **DENIED**; and

3. The Commissioner's determination that plaintiff was not disabled at the relevant times, and thus, is not entitled to benefits under the Social Security Act, is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated: June 9, 2022
    Albany, New York

Christian F. Hummel
U.S. Magistrate Judge